**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
**PLEA AND**
**SENTENCE**

Filed in Open Court: Date: 1/21/26 Tape: 12:03 at ______ Time in Court: 16 mins

Magistrate (presiding): **Catherine M. Salinas**
Case Number: 1:26-CR-002-TRJ

Deputy Clerk Angela Smith
Defendant's Name: Todd Burkhalter

AUSA: Alex Sistla

Defendant's Attorney: Allison Dawson + Tom Hawker

USPO/PTR: Emma Moses

Type Counsel: ( ) Retained ( ) CJA (✓) FPD ( ) Waived

_____ ARREST DATE: ____________________

_____ INTERPRETER ____________________

✓ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT Dft. In Custody? ( ) Yes ( ) No

✓ Defendant advised of right to counsel. WAIVER OF COUNSEL filed.

_____ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY

_____ ORDER appointing ____________ (State Bar of Ga. # ____________) as counsel.

_____ ORDER giving defendant ____________ days to employ counsel. (cc: serv. by Mag)

_____ Dft. to pay attorney fees as follows: ____________________

✓ INFORMATION/COMPLAINT filed. ✓ WAIVER ON INDICTMENT filed.

✓ Copy indictment/information given to dft? (✓) Yes ( ) No Read to dft? ( ) Yes (✓) No.

_____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.

✓ ARRAIGNMENT HELD. ( ) superseding indictment/information.

_____ ARRAIGNMENT continued until ____________ at ____________ Request of ( ) Gvt. ( ) Dft.

_____ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED ____________

✓ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.

_____ MOTION TO CHANGE PLEA, and order allowing same.

_____ PLEA OF GUILTY/NOLO as to counts ____________________

_____ Petition to enter plea of GUILTY/NOLO filed.

_____ NEGOTIATED PLEA between Government and defendant filed.

✓ ASSIGNED TO JUDGE Johnson for: ( ) trial (✓) arraignment/sentence.

_____ ASSIGNED TO MAGISTRATE ____________ for pretrial proceedings.

_____ Estimated trial time: _____ days ( ) SHORT ( ) MEDIUM ( ) LONG

_____ CONSENT TO PRESENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until ____________ at ____________ for sentencing.

✓ See other side.

Todd Burkhalter, Defendant

_____ Government MOTION FOR DETENTION filed. Hearing set for __________ at __________

_____ Temporary commitment issued.

_____ Defendant to remain on pretrial release under the terms and conditions set forth in the U. S District Court for the __________ District of __________.

BOND/PRETRIAL DETENTION HEARING

✓ BOND/PRETRIAL DETENTION hearing held. _____ Detention was not contested at this time.

_____ MOTION FOR REDUCTION OF BOND hearing held.

_____ MOTION FOR REDUCTION OF BOND ( ) GRANTED ( ) DENIED

_____ WRITTEN ORDER TO FOLLOW.

_____ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED ( ) DENIED

_____ WRITTEN ORDER TO FOLLOW.

✓ BOND SET AT $ 50,000.00 _____ Person Recognizance

✓ Non-surety

_____ Surety ( ) Cash ( ) Property ( ) Corporate surety ONLY

_____ SPECIAL CONDITIONS: __________

✓ Bond Filed: defendant released.

_____ Bond NOT EXECUTED defendant to remain in Marshal's custody.

SENTENCE : __________

✓ **Order**

Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.