-U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 2 1 2026

Kevin P. Weimer, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

# P L E A (With Counsel)

CRIMINAL NO. 1:26-CR-002

I, TODD BURKHALTER, defendant, having received a copy of the Criminal Information in matter, and having been arraigned, plead Not Guilty to the Criminal Information.

In Open Court this 21st day of January 2026.

SIGNATURE (Defense Attorney)
ALLISON DAWSON

SIGNATURE (Defendant)
TODD BURKHALTER

Bar Number: 171940

SIGNATURE (Defense Attorney)
TOM HAWKER

Bar Number: 338670

Filed in Open Court by:

(Signature)

Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12