# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:26-cr-2
## USA v. Burkhalter
## Honorable Tiffany R. Johnson

Minute Sheet for proceedings held In Open Court on 01/21/2026.

TIME COURT COMMENCED: 1:05 P.M.
TIME COURT CONCLUDED: 1:35 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Britney Rodgers

| | |
|---|---|
| DEFENDANT(S): | Todd Burkhalter Present at proceedings |
| ATTORNEY(S) PRESENT: | Alex Sistla representing USA |
| | Thomas Hawker representing Todd Burkhalter |
| | Allison Dawson representing Tood Burkhalter |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MOTIONS RULED ON: | Oral Motion to Extend Sentencing Date |
| MINUTE TEXT: | Change of Plea hearing held on January 21, 2026. Defendant was sworn, advised of rights, and a guilty plea was entered as to the Sole Count of the Information pursuant to a plea agreement. Guilty Plea and Plea Agreement filed in open court. The Court accepted the plea as knowingly and voluntarily entered. The Government made an Oral Motion to Extend the Sentencing Date. The motion was GRANTED. The parties were ORDERED to file a Status Update by 2/20/26. Sentencing will be docketed separately. The parties were ORDERED to file Sentencing Memos 3 business days prior to the Sentencing date. |