# Exhibit A

July 27, 2026

Dear Judge Johnson,

My name is Richard Burkhalter, Sr. I am 85 years old, and I will turn 86 on July 31st, just two weeks before my son, Todd Burkhalter's sentencing hearing before you. I am writing this letter out of deep love for my son, and with a heavy heart.

As a father, it is incredibly difficult and embarrassing to see your child in this position. I do not condone what Todd did, and I know he made terrible, wrong decisions that hurt people who trusted him. He has pled guilty, and I and our family completely understands that he must accept accountability for those actions.

However, as his father, I also know the full story of Todd's life, and I know he is not defined solely by this terrible mistake. We raised our family with very modest means in South DeKalb County off Glenwood Road. Many things did not come easily to Todd. He struggled academically from elementary school through college, but he never gave up. He put his whole heart into everything he did, whether working hard on the baseball field or trying to support his teammates and friends. He has always had a kind, generous spirit, often going out of his way to help neighbors and family members whenever they were in need.

When Todd built his career, it came from years of genuine hard work and building trust. When his partnership broke up and his business faced extreme financial pressure, I believe he panicked and lost his way. In trying to fix the problems and chase bigger opportunities through Drive Planning, he made disastrous choices that spiraled out of his control.

At my advanced age, the thought of my son facing a long prison sentence is devastating. I love him deeply, and our entire family, including his brother Rick, his children, girlfriend, and our extended network, is entirely committed to standing by him. When Todd completes his sentence, he will have a home, emotional support, and a family ready to help him rebuild his life the right way.

I respectfully ask that you consider leniency when determining his sentence. Todd has learned a painful, life-altering lesson. Please consider the entirety of his life, his genuine character outside of this case, and the profound impact a lengthy incarceration will have on the family that needs him.

Thank you for your time, your patience, and your consideration of my son's future.

Sincerely,

Richard Burkhalter, Sr.

Dear Judge Johnson,

My name is Rick Burkhalter. I am Todd Burkhalter's older brother. I have obviously known Todd his entire life and along with my wife Robin, I am writing this letter in strong support of my brother as he faces sentencing.

Our family is from South DeKalb County. We grew up with very modest means off Glenwood Road near I-285. Todd and I both attended Redan High School, as did my wife Robin. We were not privileged kids. Todd struggled in school from elementary through college, but he always showed great heart and determination. He played baseball throughout high school and college and was known as a great teammate who worked hard and supported others.

Todd has always been an incredibly kind and giving person. That is simply who he is. He has been that way his whole life — helping family, friends, and people in his community. When his sales career took off, he built a strong customer base through hard work and trust. He eventually started his own financial planning firm. For a time, it was successful. Unfortunately, the breakup of his three-person partnership and the loss of the business he had built created severe financial pressure. Those struggles played a significant role in leading him down the wrong path.

I want the Court to know that outside of this mistake, Todd is a good man. He was a typical financial planner who sold life insurance, IRAs, and similar products. That's what he did when he started Drive Planning. Then he started trying to be more creative to generate more and bigger opportunities. This eventually led to the real estate investment loans. I think he truly believed he could create real estate opportunities that would benefit the people who invested with him. Things grew faster than he could manage, and he made terrible decisions by using new investments to pay for earlier ones. He should not have done this, and he has accepted responsibility by pleading guilty. I do not believe he initially set out with the intention of defrauding people.

Todd has strong family support. Our father, who will be 86 years old by the time of sentencing, loves him deeply. Robin and I, along with Todd's girlfriend and her family and friends, are all committed to supporting him. We are lifelong Atlantans and we will be here for Todd when he comes home — whether that means helping with housing, employment, or simply being there as family.

I respectfully ask the Court to consider leniency in sentencing. Todd has learned a painful lesson and has the character and family support to rebuild his life in a positive way. A long prison sentence would have a devastating impact on our aging father and on the family that loves him and needs him.

Thank you for taking the time to read my letter and for considering the person Todd truly is beyond this case.

**Sincerely,**

**Rick Burkhalter**

Dear Judge Johnson,

My name is Robin Burkhalter, and I am writing this letter in support of my brother-in-law, Todd Burkhalter, as you consider his sentence.

I have known Todd for most of my life. We grew up together, spent many summers working side by side, and over the years our families have remained very close. We have shared many family vacations, celebrated holidays and important milestones together, and raised our children alongside one another. Today, our children remain close friends, which reflects the lasting bond between our families.

I understand that Todd has been convicted of a very serious offense and that many people suffered real financial and emotional harm because of his actions. I do not write this letter to excuse what happened or minimize the impact on those who were affected. I understand that accountability is necessary. My purpose is to share my personal perspective on the person I have known for decades and the qualities I have witnessed throughout his life.

Throughout the years, I have known him as someone who devoted himself to his faith, his family, and his community. He served as a deacon in his church and taught Sunday School, giving his time to help and encourage others. He also cared deeply about the community where he lived and chose to run for Johns Creek City Council because he wanted to serve and make a positive contribution.

As a husband and father, I have watched him consistently support and encourage his children. He has been present for the important moments in their lives and has taken great pride in their accomplishments. I also witnessed the way he cared for the people who worked for him. He took an interest in his employees as individuals, supported their growth, celebrated their successes, and often went beyond what was required to help them.

From the time we spent working together when we were younger, I saw firsthand his strong work ethic and determination. He was someone who was willing to put in the effort, take responsibility, and work hard toward his goals. Those qualities remained evident throughout his career and in the way he approached his responsibilities to his family and others.

One of the most difficult parts of this situation for me has been trying to reconcile the person I have known for decades with the conduct that brought him before the Court. From my own experiences with him over many years, I never knew him as someone who wanted to hurt people or who took pleasure in another person's hardship. I always believed he genuinely wanted to help people succeed financially, even though his decisions ultimately caused tremendous harm. Nothing I say here is intended to lessen the seriousness of the offense or the impact on those who were harmed. I offer this only as my personal perspective on the character and intentions of the man I have known for most of my life.

This case has been heartbreaking for everyone involved. I know that many victims have experienced significant losses, and I recognize the pain that has been caused. I have also seen the profound impact this situation has had on Todd, his children, and our entire family. While he must face the consequences of his actions, I believe he has the ability to reflect, grow, and dedicate the remainder of his life to making better choices and making amends wherever possible.

I'm also concerned about his 86-year-old father, who has always been incredibly proud of his son and has shared a close relationship with him throughout his life. Seeing a child face sentencing is an unimaginable burden for any parent, especially at this stage of life. I know this has been deeply painful for him, and I believe a lengthy period of incarceration would be devastating for him and for their relationship. I respectfully ask that the impact on his elderly father, along with the impact on the rest of his family, be considered as part of the overall circumstances before the Court.

A lengthy prison sentence will have a lasting impact on his wife, children, future grandchildren, and extended family. Regardless of the sentence imposed, our family will continue to support him, encourage him to accept responsibility, and help him move forward with humility, integrity, and accountability.

I respectfully ask the Court to consider the whole of the man I have known for so many years. The offense before the Court is undeniably serious, and I understand that a sentence must reflect the gravity of the harm that was caused. At the same time, I hope the Court will also consider the decades of service, devotion to his family, commitment to his faith and community, and the positive influence he has had on so many people who know and love him. While this conviction will always be a part of his life, I do not believe it defines the entirety of the man I have known for most of my life. For these reasons, I respectfully ask the Court to show mercy in determining a fair and compassionate sentence.

Thank you for your time, your service, and your thoughtful consideration of my perspective.

Respectfully,

Robin U. Burkhalter

Robin Upchurch Burkhalter

August 7, 2026

Dear Judge Johnson,

My name is Ashley Greenman and I have known Russell Todd Burkhalter for a little over three years now. We first met in Saint Petersburg, Florida, where we both reside. Upon meeting I was immediately impressed by his positive and genuinely kind personality and we have since remained in a loving, committed relationship.

Todd has always shown and proven to be a generous, caring and kind person to everyone he knows or a stranger he may meet.

Todd is a devoted friend, son, brother, and father of three beautiful children. He is always there to provide support in any way needed and celebrate life events, as well as holidays with his loving family.

I have experienced his love of helping others by providing ample employment opportunities, assisting friends and family, as well as hosting many charity events to contribute to the community anyway possible such as women's centers, numerous church groups and building several wells in areas of need just to name a few. There was always positive feedback from anyone involved in any of these ventures.

I respectfully ask the court to consider Russell Todd Burkhalter‘s character and lifelong contributions to society before sentencing which will profoundly impact not only himself, his loved ones and so many other's. I am certain there was never any ill intent on his behalf to anyone and he is deeply remorseful for all that have been impacted. Any leniency will allow Mr. Burkhalter to view this situation as an opportunity for personal and professional growth with the support of so many in his life that he can remain a much needed father, friend and partner.

Thank you,

Ashley Greenman

Aimee Ewell
St. Petersburg, Florida

August 7, 2026

Dear Judge,

My name is Aimee Ewell. I live in St. Petersburg, Florida, where I have owned and operated a professional painting business for more than twenty-five years. I first met Russell Todd Burkhalter, known as Todd, in two thousand nineteen through a mutual friend. Over the past several years that introduction has grown into a strong and genuine friendship. Todd has always been a positive and uplifting presence. He is a good listener, encourages the people around him, and shows up when he says he will. His dependability is one of the qualities I value most in him. A clear example of that dependability occurred about a year ago when I had surgery. Todd was there to help with my recovery, driving me home from the hospital and checking in on me regularly. That kind of steady support is typical of the way Todd treats the people in his life.

I have known many people who have worked for Todd over the years, and I have never heard of anyone quitting or being disappointed. He has treated them exceptionally well, keeping their well-being, health, and mental health at the forefront of their working relationship. Todd is an amazing father to his three adult children. They are now grown and approaching the age where they may start having children of their own, and Todd is looking forward to being a grandfather. He has the kindest heart he truly cares, he even cries at Disney movies. I am concerned that a lengthy prison sentence would take away valuable years he could still spend with them during this important time. I don’t believe in the deepest part of my heart  that any of this was intentional. Thank you for considering this letter and for looking at the person Todd is beyond the charges before the Court.

Respectfully,

Aimee Ewell

August 7, 2026

To Whom It May Concern,

My name is Aaron Van Dora, and I am a restaurateur and real estate developer in Saint Petersburg, FL. I have known Todd for the past five years.

In that time, Todd has always been more than kind to me and my family. He will go out of his way to stop and ask how my family is doing, which has always meant a great deal to me.

Watching Todd’s interactions with others has never given me any reason to doubt his character. He is a man of integrity and a man of his word, and in all the time I have known him, I have never seen anything to make me doubt that.

Todd is an important member of our community here, and his presence makes it better.

If I can be of any assistance to help keep Todd in the community, please let me know how. Please don’t hesitate to reach out.

Sincerely,

Aaron Van Dora
Van Dora Holdings
Saint Petersburg, FL

David Narcy
St. Petersburg, Florida

August 6, 2026

Dear Judge,

My name is David Narcy. I live in St. Petersburg, Florida, and work as an aircraft maintenance planner for United Airlines. I am a retired U.S. Navy veteran who served for 20 years as an aircraft mechanic and in aircraft maintenance management. I have known Russell Todd Burkhalter (who goes by Todd) for two years, and I am writing this letter in support of him at his upcoming sentencing.

In the time I have known Todd, he has consistently shown himself to be a kind, reliable, and positive person. He treats people with genuine respect, whether they are friends or strangers. I have watched him interact with restaurant and service workers on multiple occasions. He is always polite, patient, and generous with his tips. He carries himself with a friendly demeanor and a ready smile, and he makes the people around him feel valued.

Todd has also been a true friend to me. He takes a real interest in my life, including my guitar playing, and he listens carefully whether the topic is serious or small. When he says he will be somewhere or makes a promise, he follows through. He is a man of his word and does not let people down. That consistency has meant a great deal to me.

Todd has known my girlfriend for many years. He has spoken highly of our relationship and has told her that he believes I am good for her. Because of the longstanding respect she has for him, his support carried weight with her. His kindness toward both of us and his desire for her happiness have only reinforced my view of his character.

Todd is the kind of person who wants to help when he learns that someone is struggling. He offers to listen and to assist in any way he can. In my experience, that willingness comes from a sincere place.

If the Court is able to consider a sentence that allows Todd to remain in the community, I will continue to be a positive influence in his life and will support him in staying on the constructive path he is already following. I believe he has the character and the consistency to do so.

Thank you for taking the time to read this letter and for considering who Todd is beyond the charges in this case.

Respectfully,

David Narcy

August 7, 2026

Dear Judge Johnson,

My name is Kisha Burton; I have known Todd Burkhalter for about 3 years. I am writing this in support of his upcoming sentencing. I met Todd when he started dating my sister in the summer of 2023. Over the years Todd has proven to be a loving and supportive partner for my sister as well as a cherished part of our extended family. He has been great with our children and has even come up to Tennessee with Ashley to watch my children so my husband and I could take an anniversary vacation. They all call him Uncle Todd.

I have always known Todd to be kind, patient, generous, and humble. A man of integrity. He is always there to lend a helping hand or a listening ear when someone needs it. I truly hope that you take Todd Burkhalter's character into consideration before sentencing and know that he is a vital part of our family, his own family, and the community.

Thank you,

Kisha Burton

August 2, 2026

From the desk of:
Mario Longabardi
1200 North Shore Drive NE #302
St Petersburg, FL 33701
702-324-0325

RE: Todd Burkhalter
Letter of Character

To whom it may concern:

I moved to St Petersburg, FL during the Covid pandemic, on July1st, 2020. It coincided with the opening of the new St Pete Pier. On my 2nd day, in my new hometown, I went to a restaurant on The Pier and met Todd Burkhalter, for the first time, at their oyster bar. We hit it off right away and have been friends since.

Along the way, I have known Todd in many capacities: close friend, business owner/customer, and St Pete benefactor. Todd is a very engaging, warm-hearted person, whom I have enjoyed a great, supportive friendship with. He is someone who I can always count on. In our bizarre world, with many perspectives affecting our lives, Todd was always a validator and a confidant for me. Always rational, empathetic and with an opinion worth hearing, he became one of my favorite new friends to spend time with.

I am a devout conservative and take the need for justice very seriously. Based upon my relationship with Todd, I implore the court to consider a lenient sentence. It is not without serious consideration that I say that last sentence. I can assure you that I am not advocating blindly for a friend, and have thought much about this letter before drafting it.

I want to thank whoever is taking the time to read this letter, and I do hope its sincerity reveals itself clearly. Should I be needed in any other capacity, feel free to reach out to me.

Sincerely, *Mario Longabardi*

August 7, 2026

To Whom it May Concern,

My name is Robert Policano and I am writing a letter of support for my good friend Todd. I am a Retired United States Air Force Officer and an Airline Captain who has lived in St Petersburg since 2021. I have known Todd for 3 of the 5 years.

I first met Todd while at a restaurant in the city and have become good friends over the years. I also became friends with Ashley, Todd's closest friend of many years. Todd is a very calm, considerate, caring and gracious person. I have observed him to be this way with friends, with Ashley, his Father and his Daughter during complications with a pregnancy. I also had the good fortune to be close to Todd when he became the owner of the Detroit 201. Todd was an excellent owner/manager. He made the establishment a success and changed peoples lives in St Petersburg. Todd brought in a Music Manager who recruited live Acoustic Guitar and live bands making the Detroit 201 one of the best music venues in St Petersburg to this day. Music is played both inside and outside the venue. Todd changed peoples by creating the Detroit 201 to be a gathering place for music entertainment and the gathering of friends. Sunday Afternoon outdoor music is my favorite.

A few hours after the hurricanes last year, I was alone in my apartment. I remember messaging Todd to ask him if the Detroit 201 was open and had any music. He told me they had power, open with music. I was shocked and very thankful to say the least. I put on my shoes and walked to the Detroit 201. The place was packed with people from St Petersburg. At such a stressful time, this was a big relief for a lot of people in the community. I was with Todd all that day and I noticed that other than the Guitar Singer, Todd was the only employee working. Todd told his employees to stay home due to the hurricane while he opened the Detroit 201 for the people of St Petersburg. That day Todd was the server, the cashier, the waiter and I personally watched him clean dry the outside tables throughout the day. When the local media came and asked Todd why he was open, he told them because the people want it open, just look inside.

Todd cares about people and is an unpretentious hands on manager and worker. He is mission oriented and gets the job done. He see's talent and puts the right people in the right places to get the job done. Todd was always gracious with his friends during his legal matters. He

never complained about the case or made excuses for his situation. Todd just remained taking care of others.

Todd is a Family Man, loved by many to include Ashley. She never left his side during all of his legal troubles. We will miss Todd greatly as he always brings a smile and caring to the room he enters. Please give great consideration to leniency for Todd. Whenever Todd is free in the community, he changes lives for the better.

Sincerely,

Robert Policano